# EXHIBIT A

### SCHEDULE A DESCRIPTION

Title Number: **LAA3652**

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northerly side of Newkirk Avenue with the easterly side of East 25th Street;

RUNNING THENCE northerly, along the easterly side of East 25th Street, 140 feet;

THENCE easterly, parallel with Newkirk Avenue, 100 feet to the center line of the block;

THENCE southerly, along the center line of the block parallel with East 25th Street, 140 feet to the northerly side of Newkirk Avenue;

THENCE westerly, along the northerly side of Newkirk Avenue, 100 feet to the point or place of BEGINNING.

FOR INFORMATION ONLY:
Property Address: 2501-2511 Newkirk Avenue a/k/a 417 East 25th Street, Brooklyn, NY
Block: 5212 Lot: 24