# EXHIBIT B

# DataTrace®

T. 516.663.0600   F. 657.205.3795   E. All.NY.Customer.Service@datatracetitle.com

## LIENS VS NAMES

### ENVIRONMENTAL CONTROL BOARD (ECB) FOR FC 2501 LLC THROUGH DATE October 2025:

**NAME:** FC 2501 LLC  **VIO. #:** 048576409R  **ORDER DT.:** 09/14/24  **DOCKET DT.:** 12/24
**ADDRESS:** 2505 NEWKIRK AVENUE BROOKLYN NY 11226  **BALANCE:** 50.00  **NOTICE DT:**

Data Loaded:  10/24/2025
**TOTAL NUMBER OF JUDGMENTS FOUND:** 1
**TOTAL AMOUNT OF JUDGMENTS FOUND:** $50