# EXHIBIT E



2019112700470004001E7D62

## NYC DEPARTMENT OF FINANCE
### OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 8 |
|---|---|

| | | |
|---|---|---|
| Document ID: **2019112700470004** | Document Date: 11-20-2019 | Preparation Date: 11-27-2019 |
| Document Type:  ASSIGNMENT OF LEASES AND RENTS | | |
| Document Page Count: 6 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| LANDMARK ABSTRACT AGENCY LLC<br>207 ROCKAWAY TURNPIKE<br>LAWRENCE, NY 11559<br>LAA3652 | CERTILMAN BALIN ADLER & HYMAN LLP<br>DAVID E HEROLD<br>90 MERRICK AVENUE 9TH FLOOR<br>EAST MEADOW, NY 11554 |

### PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| BROOKLYN | 5212 | 24 | Entire Lot | 54 | 2501 NEWKIRK AVENUE |
| **Property Type:** | APARTMENT BUILDING | | | | |

### CROSS REFERENCE DATA

BROOKLYN    **Year:** 1984    **Reel:** 1545    **Page:** 812
☒ Additional  Cross References on Continuation  Page

### PARTIES

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| FC 2501 LLC<br>62 RUTLEDGE STREET, SUITE 109<br>BROOKLYN, NY 11249 | CAPITAL ONE, NATIONAL ASSOCIATION<br>1307 WALT WHITMAN ROAD<br>MELVILLE, NY 11747 |
| ☒ Additional  Parties Listed on Continuation  Page | |

### FEES AND TAXES

| **Mortgage :** | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 8,200,000.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | 255 | | $ | 0.00 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 67.00 | | | |
| Affidavit Fee: | $ | 8.00 | | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed        12-02-2019 10:12
City Register File No.(CRFN):
**2019000391431**

*Annette M Hill*

*City Register Official Signature*



**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2019112700470004001C7FE2

| **RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)** | **PAGE 2 OF 8** |
|---|---|

**Document ID:** 2019112700470004    Document Date: 11-20-2019    Preparation Date: 11-27-2019
Document Type: ASSIGNMENT OF LEASES AND RENTS

---

**CROSS REFERENCE DATA**

BROOKLYN  **Year:** 1988  **Reel:** 2222  **Page:** 446
BROOKLYN  **Year:** 1988  **Reel:** 2222  **Page:** 450
BROOKLYN  **Year:** 1988  **Reel:** 2222  **Page:** 460
BROOKLYN  **Year:** 1988  **Reel:** 2222  **Page:** 448
BROOKLYN  **Year:** 1998  **Reel:** 4226  **Page:** 2129
BROOKLYN  **Year:** 1998  **Reel:** 4226  **Page:** 2142
BROOKLYN  **Year:** 1998  **Reel:** 4226  **Page:** 2150
BROOKLYN  **Year:** 1998  **Reel:** 4226  **Page:** 2135
**CRFN:** 2005000262816
**CRFN:** 2005000262817
**CRFN:** 2005000262818
**CRFN:** 2012000045144
**CRFN:** 2012000045147
**CRFN:** 2012000045148
**CRFN:** 2012000124687
**CRFN:** 2012000124688
**CRFN:** 2013000464606
**CRFN:** 2013000464607
**CRFN:** 2013000464608
**CRFN:** 2015000086729
**CRFN:** 2015000086730
**CRFN:** 2018000063134
**CRFN:** 2018000063135
**CRFN:** 2018000063136
**Document ID:** 2019112700470001
**Document ID:** 2019112700470002
**Document ID:** 2019112700470003

---

**PARTIES**

**ASSIGNOR:**
MIZ3 LLC
62 RUTLEDGE STREET, SUITE 109
BROOKLYN, NY 11249

**ASSIGNOR:**
FC 1191 LLC
62 RUTLEDGE STREET, SUITE 109
BROOKLYN, NY 11249

**ASSIGNMENT OF LEASES AND RENTS**

-by-

**FC 2501 LLC, MIZ3 LLC, AND FC 1191 LLC**

-to-

**CAPITAL ONE, NATIONAL ASSOCIATION**

TAX MAP DESIGNATION OF THE PREMISES ENCUMBERED HEREBY:

| | |
|---|---|
| Section: | 16 |
| Block: | 5212 |
| Lot: | 24 |
| County: | Kings |

**Premises Address:   2501-2511 Newkirk Avenue a/k/a 417 East 25th Street, Brooklyn, New York**

**Record and Return to:**

Certilman Balin Adler & Hyman, LLP
Attn: David E. Herold, Esq.
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554

6990874.1

## ASSIGNMENT OF LEASES AND RENTS

**THIS ASSIGNMENT**, made as of the 20th day of November, 2019, by **FC 2501 LLC, MIZ3 LLC, AND FC 1191 LLC**, as tenants in common, each a New York limited liability company and each having an office at 62 Rutledge Street, Suite 109, Brooklyn, New York 11249 (collectively, the "**Assignor**") to **CAPITAL ONE, NATIONAL ASSOCIATION**, having an office at 1307 Walt Whitman Road, Melville, New York 11747 ("**Assignee**").

### RECITALS

**WHEREAS,** Assignor is the fee owner of that certain real property located at and known as 2501-2511 Newkirk Avenue a/k/a 417 East 25th Street, Brooklyn, New York and the improvements thereon, as more particularly described by metes and bounds on Schedule A attached hereto (the "**Mortgaged Property**"); and,

**WHEREAS,** Assignee agreed to lend Assignor, the aggregate sum of **EIGHT MILLION TWO HUNDRED THOUSAND AND 00/100 ($8,200,000.00) DOLLARS** (the "**Loan**") subject to the terms of the Loan Documents (as hereinafter defined); and,

**WHEREAS,** Assignor has executed a certain note (the "**Note**") this date in the principal amount of **EIGHT MILLION TWO HUNDRED THOUSAND AND 00/100 ($8,200,000.00) DOLLARS** to evidence the Loan, and Assignor has also executed a certain Consolidation, Extension, Modification and Security Agreement (the "**Mortgage**") in the principal amount thereof as security for the Loan, which Mortgage shall encumber the Mortgaged Property; and

**WHEREAS,** the Assignee has refused to loan the Assignor such sum unless the Assignor, in addition to executing the Note, the Mortgage and other documents evidencing its obligation to the Assignee in the sum of $8,200,000.00 (all of the above documents together with this Assignment are hereinafter collectively referred to as the "**Loan Documents**"), also executes and delivers this Assignment of Leases and Rents as additional collateral for the repayment of the Loan in the amount of $8,200,000.00.

**NOW, THEREFORE,** in order to better secure the payment of the Debt (as defined in the Mortgage) to the Assignee and payment of all taxes, assessments, water rates and meter charges which may now be due and unpaid or which may hereafter become due and a charge against or a lien upon the Mortgaged Property, with interest and penalties thereon, the Assignor hereby assigns to the Assignee all of the rents, issues and profits due and to become due from the Mortgaged Property including, but not limited to, the Rents (as defined in the Mortgage -  hereinafter, collectively, the "**Rents**"), together with all Contracts and Leases (each as defined in the Mortgage and hereinafter collectively referred to as the "**Leases**") affecting the Mortgaged Property.

1.      **Present Assignment and License Back - Collection of Rents**

This Assignment is a present assignment of all the Rents and Leases from the Assignor to the Assignee. However, as of the date hereof, the Assignor is granted a license to all the Rents and Leases, which license shall be immediately revoked upon the occurrence of an Event of Default (as defined in the Mortgage) which continues beyond the expiration of any applicable notice and cure periods, but without any requirement that notice be provided that any such cure period has expired. At such time, the Assignee shall have the power and authority to enter upon and take possession of the Mortgaged Property and to demand, collect and receive from the tenants, lessees or other occupants now or at any time hereafter in possession of the Mortgaged Property or from any part thereof, Rents now due or to become due, to endorse the name of the Assignor or any subsequent owner of the Mortgaged Property on any checks, notes, or other instruments for the payment of money, to deposit same in bank accounts, to give any and all acquittances or any other instruments in relation thereto in the name of the Assignor or in the name of the Assignee and, either in its own name or in the name of the Assignor, to institute, prosecute, settle or compromise any summary or legal proceedings for the recovery of such Rents or to recover the whole or any part of the Mortgaged Property, and to institute, prosecute, settle or compromise any other proceedings for the protection of the Mortgaged Property, for the recovery of any damages done to the Mortgaged Property, or for the abatement of any nuisance thereon.  The Assignor shall also have the power to defend any legal proceedings brought against the Assignor or against any subsequent owner arising out of the operation of the Mortgaged Property.

6990874.1

2.  **Authority of Assignee**

Upon the occurrence of an Event of Default (beyond the expiration of any applicable notice and cure periods) the Assignee shall have the power to do any of the following:

(a)   to lease or rent the Mortgaged Property or any part thereof;

(b)   to employ an agent to rent and manage the Mortgaged Property;

(c)   to make any changes or improvements deemed by it, in its sole discretion, to be necessary or expedient for the leasing or renting of the Mortgaged Property;

(d)   to keep and maintain the Mortgaged Property in tenantable and rentable condition, as well as in a good state of repair;

(e)   to purchase all equipment or supplies necessary or desirable in the operation and maintenance of the Mortgaged Property;

(f)   to pay for all gas, electricity, power, painting, repairs, wages of employees and other items for maintenance of the Mortgaged Property;

(g)   to pay taxes, assessments, water and sewerage rates and meter charges now due and unpaid or which may hereafter become due and a charge or lien against the Mortgaged Property;

(h)   to pay the principal and/or interest required to be paid under the Loan Documents now due or hereafter to become due;

(i)   to pay the premiums on all policies of insurance now or hereafter effected by the Assignee;

(j)   to comply with orders of any governmental departments having jurisdiction against the Mortgaged Property;

(k)   to remove any mechanic's liens, security interests or other liens against the Mortgaged Property; and

(l)   to generally pay all charges and expenses incurred in the operation of the Mortgaged Property.

3.  **Payment of Expenses**

The Assignee shall have the authority to pay the cost of all of the matters herein mentioned out of the Rents and other revenues received from the Mortgaged Property. The cost of any such expenditures and of any payments which may be made by the Assignee under the provisions of this Assignment, including expenses and charges for counsel fees, shall be charged to the Assignor and for all purposes shall be deemed to be secured hereby and such costs may be retained by the Assignee out of the Rents and any other revenues received from the Mortgaged Property.

4.  **Liability of Assignee**

Except for its acts or failure to act due to its gross negligence or willful misconduct, the Assignee shall in no way be liable for any act done or anything omitted by it but shall be liable only to account for all moneys that it may actually receive hereunder and nothing herein contained shall be construed so as to prejudice its right to institute or to prosecute any proceedings to foreclose the Mortgage or to enforce any lien on any other collateral which the Assignee may have or to prejudice any right which the Assignee may have by reason of any default, present or future, under the terms of the Loan Documents.

5.  **Transfer of Leases**

Effective upon the occurrence of an Event of Default (beyond the expiration of any applicable notice and cure periods), the Assignor shall physically assign, deliver, transfer and set over to the Assignee all Leases and the Assignor authorizes and empowers the Assignee to continue present leases or to demise any one or more apartments or spaces therein upon such terms and conditions as the Assignee may, in its sole discretion, deem just and proper and, if necessary, to execute, acknowledge and deliver any and all instruments in writing necessary to effectuate this Assignment. The Assignee shall have full power and authority to do and perform all acts or things necessary and requisite to be done in and about the Mortgaged Property as fully, and to all intents and purposes, as the Assignor might or could do if present, with full power of substitution and revocation. The Assignor hereby ratifies and confirms all that the Assignee shall lawfully do or cause to be done by virtue hereof.

6.  **Modification of Leases**

Except as permitted by the terms of the Mortgage, the Assignor will not, without the prior written consent of the Assignee:  (i) cancel, modify or surrender any lease now existing with respect to any portion of the

6990874.1

Mortgaged Property; (ii) reduce any Rents or change, modify or waive any provision of any existing Lease; nor (iii) enter into any Lease on any portion of the Mortgaged Property.

7.  **Failure to Account**

Except for its acts or failure to act due to its gross negligence or willful misconduct, the Assignee shall in no way be responsible or liable for any defalcation or failure to account for any Rents collected by any agent or collector of the Mortgaged Property whom it may designate or appoint to collect or manage the Mortgaged Property, nor shall the Assignee be in any way liable for the failure or refusal on its part to make repairs to the Mortgaged Property.  The Assignee shall in no way be personally responsible for any debt incurred with respect to the Mortgaged Property.

8.  **Events of Default**

Anything in this Assignment to the contrary notwithstanding, the amount due to the Assignee under the Loan Documents shall, at the option of the Assignee, become immediately due and payable in the event of any Event of Default which continues beyond the expiration of any applicable notice and cure periods.

9.  **Rights of Assignee in Collateral**

This Assignment of Leases and Rents is intended for use in connection with the Loan.  It is understood and agreed by the parties that this Assignment shall in no manner prejudice the Assignee or estop the Assignee in any way in the exercise of its rights as a mortgagee or as the plaintiff in any foreclosure action which may be instituted or in connection with the enforcement of the Mortgage or any other lien which the Assignee may have upon any interest of or in the Assignor and upon any other collateral which may be held by the Assignee and this Assignment shall at all times be subject to the exercise of any such rights which the Assignee may be entitled to take in connection therewith.

10.  **Further Assignment**

The Assignee is given the privilege of assigning all of its right, title and interest in and to this Assignment to any person, firm or corporation to whom the Loan Documents are assigned and in such manner so that the holder of the Loan Documents shall have all of the rights and privileges given herein to the Assignee as if such assignee were originally named herein as the Assignee.

11.  **Sanction for Assignment**

If the Assignor is a corporation, the Assignor certifies and represents that this Assignment was authorized by the board of directors of the Assignor and there is no requirement under its certificate of incorporation or its by-laws for consent of shareholders to this transaction.  If the Assignor is a partnership, the execution and delivery of this Assignment has been duly authorized by the general partner(s) of the Assignor pursuant to its partnership agreement.  If the Assignor is a limited liability company, the execution and delivery of this Assignment has been duly authorized pursuant to its operating agreement.

12.  **Notices**

All notices hereunder shall be in writing and delivered in accordance with the notice requirements set forth in the Mortgage.

[NO FURTHER TEXT ON THIS PAGE]

3

6990874.1

[Signature Page to Assignment of Leases and Rents]

**IN WITNESS WHEREOF**, the Assignor has executed this Assignment as of the date first above written.

**FC 2501 LLC**

By: _____
       **JASON WISOTSKY**
       Manager

**MIZ3 LLC**

By: _____
       **JASON WISOTSKY**
       ~~Manager~~ *Authorized Signatory*

**FC 1191 LLC**

By: _____
       **JASON WISOTSKY**
       Manager

STATE OF NEW YORK    }
                    }    ss:
COUNTY OF _Rockland_  }

       On the _15_ day of November, in the year 2019, before me, the undersigned, a Notary Public in and for said State, personally appeared JASON WISOTSKY, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

_____
Notary Public

AVRAHAM Y OBERMEISTER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OB6146516
Qualified in Rockland County
My Commission Expires 05-22-2022

# LANDMARK ABSTRACT AGENCY LLC

### as Agent for
### Old Republic National Title Insurance Company

## SCHEDULE A DESCRIPTION

Title Number:  **LAA3652**

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northerly side of Newkirk Avenue with the easterly side of East 25th Street;

RUNNING THENCE northerly, along the easterly side of East 25th Street, 140 feet;

THENCE easterly, parallel with Newkirk Avenue, 100 feet to the center line of the block;

THENCE southerly, along the center line of the block parallel with East 25th Street, 140 feet to the northerly side of Newkirk Avenue;

THENCE westerly, along the northerly side of Newkirk Avenue, 100 feet to the point or place of BEGINNING.

FOR INFORMATION ONLY:
Property Address: 2501-2511 Newkirk Avenue a/k/a 417 East 25th Street, Brooklyn, NY
Block: 5212 Lot: 24

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2019112700470004001SB3E3

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
| --- | --- |

Document ID: 2019112700470004    Document Date: 11-20-2019    Preparation Date: 11-27-2019
Document Type: ASSIGNMENT OF LEASES AND RENTS

**SUPPORTING DOCUMENTS SUBMITTED:**

Page Count

255 MORTGAGE TAX EXEMPT AFFIDAVIT    16

**SECTION 255 AFFIDAVIT (L/R)**

STATE OF NEW YORK     }
                    }    ss:
COUNTY OF SUFFOLK     }

    JASON WISOTSKY, being duly sworn, deposes and says:

    I am the Manager of each of FC 2501 LLC, AND FC 1191 LLC, and the Authorized Signatory of MIZ3 LLC,the owner of the property encumbered by the mortgages hereinafter described and, as such, I am familiar with the facts set forth herein:

**SEE SCHEDULE OF MORTGAGES ATTACHED**

    The mortgage tax due on the aforesaid mortgages was paid in full at the time of recording.

    There is offered for recording simultaneously herewith an Assignment of Leases and Rents dated November 20, 2019 made by FC 2501 LLC, MIZ3 LLC, AND FC 1191 LLC to CAPITAL ONE, NATIONAL ASSOCIATION.

    After the maximum amount became secured thereby no reloans or readvances have become secured thereunder to the date of execution of the said supplemental instrument.

    The said Assignment of Leases and Rents offered for recording does not create or secure any new or further indebtedness or obligation other than the principal indebtedness or obligation secured by or which under any contingency may be secured by the above-mentioned mortgages.

[NO FURTHER TEXT ON THIS PAGE]

6990874.1

[Signature Page to 255 Affidavit (L/R)]

**WHEREFORE**, deponent respectfully requests that said Assignment of Leases and Rents be declared exempt from taxation pursuant to the provisions of Section 255 of Article 11 of the Tax Law.

JASON WISOTSKY

Sworn to before me this
15 day of November, 2019

_____
Notary Public

AVRAHAM Y OBERMEISTER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OB6146516
Qualified in Rockland County
My Commission Expires 05-22-2022

## Schedule of Mortgages

All instruments recited herein have been recorded or are intended to be recorded in the Office of the City Register for Kings County

Mortgage 1
| | |
|---|---|
| Mortgagor: | Tony Di Piazza |
| Mortgagee: | George Shapiro |
| Mortgage Amount: | $239,000.00 |
| Dated: | August 3, 1984 |
| Recorded: | August 29, 1984 |
| Reel: | 1545 |
| Page: | 812 |
| Mortgage Tax Paid: | $3,585.00 |

Assignment of Mortgage (1a)
| | |
|---|---|
| Assignor: | George Shapiro |
| Assignee: | Kadilac Mortgage Bankers Ltd. |
| Dated: | April 27, 1988 |
| Recorded: | June 1, 1988 |
| Reel: | 2222 |
| Page: | 446 |

Assigns Mortgage 1.

Multifamily Mortgage, Assignment of Rents and Security Agreement 2
| | |
|---|---|
| Mortgagor: | Tony DiPiazza |
| Mortgagee: | Kadilac Mortgage Bankers Ltd. |
| Mortgage Amount: | $841,981.05 |
| Dated: | April 27, 1988 |
| Recorded: | June 1, 1988 |
| Reel: | 2222 |
| Page: | 450 |
| Mortgage Tax Paid: | $18,945.00 |

Consolidation, Extension and Modification Agreement (2a)
| | |
|---|---|
| Mortgagor: | Tony DiPiazza |
| Mortgagee: | Kadilac Mortgage Bankers Ltd. |
| Dated: | April 27, 1988 |
| Recorded: | June 1, 1988 |
| Reel: | 2222 |
| Page: | 460 |

Which agreement, by its terms, consolidates Mortgages 1 and 2 to form a single lien in the principal amount of $1,010,000.00.

6938972.1

<u>Assignment of Mortgage (2b)</u>

| | |
|---|---|
| Assignor: | Kadilac Mortgage Bankers Ltd. |
| Assignee: | Federal Home Loan Mortgage Corporation |
| Dated: | April 27, 1988 |
| Recorded: | June 1, 1988 |
| Reel: | 2222 |
| Page: | 448 |

Assigns Mortgages 1 and 2 as consolidated.

<u>Assignment of Mortgage (2c)</u>

| | |
|---|---|
| Assignor: | Federal Home Loan Mortgage Corporation |
| Assignee: | Apple Bank for Savings |
| Dated: | May 5, 1998 |
| Recorded: | June 24, 1998 |
| Reel: | 4226 |
| Page: | 2129 |

Assigns Mortgages 1 and 2 as consolidated.

<u>Mortgage 3</u>

| | |
|---|---|
| Mortgagor: | 25-01 Newkirk Avenue, LLC |
| Mortgagee: | Apple Bank for Savings |
| Mortgage Amount: | $89,650.63 |
| Dated: | May 7, 1998 |
| Recorded: | June 24, 1998 |
| Reel: | 4226 |
| Page: | 2142 |
| Mortgage Tax Paid: | $1,794.00 |

<u>Consolidation, Extension and Modification Agreement (3a)</u>

| | |
|---|---|
| Mortgagor: | 25-01 Newkirk Avenue, LLC |
| Mortgagee: | Apple Bank for Savings |
| Dated: | May 7, 1998 |
| Recorded: | June 24, 1998 |
| Reel: | 4226 |
| Page: | 2150 |

Which agreement, by its terms, consolidates Mortgages 1, 2 and 3 to form a single lien in the principal amount of $1,020,000.00.

6938972.1

<u>Assignment of Consolidated Security Instruments (3b)</u>

| | |
|---|---|
| Assignor: | Apple Bank for Savings |
| Assignee: | Federal Home Loan Mortgage Corporation |
| Dated: | May 7, 1998 |
| Recorded: | June 24, 1998 |
| Reel: | 4226 |
| Page: | 2135 |

Assigns Mortgages 1, 2 and 3 as consolidated.

<u>Assignment of Mortgage (3c)</u>

| | |
|---|---|
| Assignor: | Federal Home Loan Mortgage Corporation |
| Assignee: | New York Community Bank |
| Dated: | May 10, 2004 |
| Recorded: | May 5, 2005 |
| CRFN: | 2005000262816 |

Assigns Mortgages 1, 2 and 3 as consolidated.

<u>Mortgage 4</u>

| | |
|---|---|
| Mortgagor: | 25-01 Newkirk Avenue, LLC |
| Mortgagee: | New York Community Bank |
| Mortgage Amount: | $1,188,840.98 |
| Dated: | May 28, 2004 |
| Recorded: | May 5, 2005 |
| CRFN: | 2005000262817 |
| Mortgage Tax Paid: | $32,692.00 |

<u>Consolidation, Modification and Extension Agreement (4a)</u>

| | |
|---|---|
| Mortgagor: | 25-01 Newkirk Avenue, LLC |
| Mortgagee: | New York Community Bank |
| Dated: | May 28, 2004 |
| Recorded: | May 5, 2005 |
| CRFN: | 2005000262818 |

Which agreement, by its terms, consolidates Mortgages 1, 2, 3 and 4 to form a single lien in the principal amount of $2,100,000.00.

<u>Assignment of Mortgage (4b)</u>

| | |
|---|---|
| Assignor: | New York Community Bank |
| Assignee: | NCC Properties Group LLC |
| Dated: | January 18, 2012 |
| Recorded: | February 1, 2012 |
| CRFN: | 2012000045144 |

Assigns Mortgages 1, 2, 3 and 4 as consolidated.

6938972.1

<u>Gap Mortgage 5</u>

| | |
|---|---|
| Mortgagor: | Newkirk Realty Holdings 2501 LLC |
| Mortgagee: | NCC Properties Group LLC |
| Mortgage Amount: | $2,087,513.18 |
| Dated: | January 18, 2012 |
| Recorded: | February 1, 2012 |
| CRFN: | 2012000045147 |
| Mortgage Tax Paid: | $58,450.01 |

<u>Mortgage Consolidation, Modification and Extension Agreement (5a)</u>

| | |
|---|---|
| Mortgagor: | Newkirk Realty Holdings 2501 LLC |
| Mortgagee: | NCC Properties Group LLC |
| Dated: | January 18, 2012 |
| Recorded: | February 1, 2012 |
| CRFN: | 2012000045148 |

Which agreement, by its terms, consolidates Mortgages 1, 2, 3, 4 and 5 to form a single lien in the principal amount of $3,900,000.00.

<u>Assignment of Mortgage (5b)</u>

| | |
|---|---|
| Assignor: | NCC Properties Group LLC |
| Assignee: | BCB Community Bank |
| Dated: | March 16, 2012 |
| Recorded: | March 29, 2012 |
| CRFN: | 2012000124687 |

Assigns Mortgages 1, 2, 3, 4 and 5 as consolidated.

<u>Mortgage Consolidation, Modification & Extension Agreement (5c)</u>

| | |
|---|---|
| Mortgagor: | Newkirk Realty Holdings 2501 LLC |
| Mortgagee: | BCB Community Bank |
| Dated: | March 20, 2012 |
| Recorded: | March 29, 2012 |
| CRFN: | 2012000124688 |

Which agreement, by its terms, consolidates Mortgages 1, 2, 3, 4 and 5 to form a single lien in the principal amount of $3,900,000.00.

<u>Assignment of Mortgage (5d)</u>

| | |
|---|---|
| Assignor: | BCB Community Bank |
| Assignee: | BankUnited, N.A. |
| Dated: | October 31, 2013 |
| Recorded: | November 12, 2013 |
| CRFN: | 2013000464606 |

Assigns Mortgages 1, 2, 3, 4 and 5 as consolidated.

Gap Mortgage 6
Mortgagor:              Newkirk Realty Holdings 2501 LLC
Mortgagee:              BankUnited, N.A.
Mortgage Amount:        $880,940.28
Dated:                  November 5, 2013
Recorded:               November 12, 2013
CRFN:                   2013000464607
Mortgage Tax Paid:      $24,665.21

Consolidation and Extension Agreement (6a)
Mortgagor:              Newkirk Realty Holdings 2501 LLC
Mortgagee:              BankUnited, N.A.
Dated:                  November 5, 2013
Recorded:               November 12, 2013
CRFN:                   2013000464608

Which agreement, by its terms, consolidates Mortgages 1, 2, 3, 4, 5 and 6 to form a single lien in the principal amount of $4,650,000.00.

Gap Mortgage 7
Mortgagor:              Newkirk Realty Holdings 2501 LLC
Mortgagee:              BankUnited, N.A.
Mortgage Amount:        $1,758,506.78
Dated:                  March 6, 2015
Recorded:               March 13, 2015
CRFN:                   2015000086729
Mortgage Tax Paid:      $49,238.01

Consolidation and Extension Agreement (7a)
Mortgagor:              Newkirk Realty Holdings 2501 LLC
Mortgagee:              BankUnited, N.A.
Dated:                  March 6, 2015
Recorded:               March 13, 2015
CRFN:                   2015000086730

Which agreement, by its terms, consolidates Mortgages 1, 2, 3, 4, 5, 6 and 7 to form a single lien in the principal amount of $6,300,000.00.

Assignment of Mortgage (7b)
Assignor:               BankUnited, N.A.
Assignee:               Connect One Bank
Dated:                  February 1, 2018
Recorded:               February 22, 2018
CRFN:                   2018000063134

Assigns Mortgages 1, 2, 3, 4, 5, 6 and 7 as consolidated.

6938972.1

<u>Mortgage (Gap) 8</u>
Mortgagor:                  FC 2501 LLC, MIZ3 LLC and FC 1191 LLC
Mortgagee:                  ConnectOne Bank
Mortgage Amount:            $1,171,849.07
Dated:                      February 1, 2018
Recorded:                   February 22, 2018
CRFN:                       2018000063135
Mortgage Tax Paid:          $32,810.40

<u>Consolidation, Extension and Modification Agreement (8a)</u>
Mortgagor:                  FC 2501 LLC, MIZ3 LLC and FC 1191 LLC
Mortgagee:                  ConnectOne Bank
Dated:                      February 1, 2018
Recorded:                   February 22, 2018
CRFN:                       2018000063136

Which agreement, by its terms, consolidates Mortgages 1, 2, 3, 4, 5, 6, 7 and 8 to form a single lien in the principal amount of $7,100,000.00.

**<u>Assignment of Mortgage (8b)</u>**
Assignor:                   ConnectOne Bank
Assignee:                   Capital One, National Association
Dated:                      November 20, 2019
Recorded                    to be duly recorded

Assigns Mortgages 1, 2, 3, 4, 5, 6, 7, and 8 as consolidated. Upon which Mortgages there remains an unpaid principal balance in the amount of $7,000,687.75.

**<u>Gap Mortgage 9</u>**
Mortgagor:                  FC 2501 LLC, MIZ3 LLC and FC 1191 LLC
Mortgagee:                  Capital One, National Association
Mortgage Amount:            $1,199,312.25
Dated:                      November 20, 2019
Recorded:                   to be duly recorded
Mortgage Tax Paid:          $33,580.74

**<u>Consolidation, Extension, Modification and Security Agreement (9a)</u>**
Mortgagor:                  FC 2501 LLC, MIZ3 LLC and FC 1191 LLC
Mortgagee:                  Capital One, National Association
Dated:                      November 20, 2019
Recorded:                   to be duly recorded

Which Agreement, by its terms, consolidates Mortgages 1, 2, 3, 4, 5, 6, 7, 8 and 9 to form a single first lien in the principal amount of $8,200,000.00.

6938972.1

**<u>SECTION 255 AFFIDAVIT (L/R)</u>**

STATE OF NEW YORK      }
                             }     ss:
COUNTY OF SUFFOLK      }

JASON WISOTSKY, being duly sworn, deposes and says:

I am the Manager of each of FC 2501 LLC, AND FC 1191 LLC, and the Authorized Signatory of MIZ3 LLC,the owner of the property encumbered by the mortgages hereinafter described and, as such, I am familiar with the facts set forth herein:

**SEE SCHEDULE OF MORTGAGES ATTACHED**

The mortgage tax due on the aforesaid mortgages was paid in full at the time of recording.

There is offered for recording simultaneously herewith an Assignment of Leases and Rents dated November 20, 2019 made by FC 2501 LLC, MIZ3 LLC, AND FC 1191 LLC to CAPITAL ONE, NATIONAL ASSOCIATION.

After the maximum amount became secured thereby no reloans or readvances have become secured thereunder to the date of execution of the said supplemental instrument.

The said Assignment of Leases and Rents offered for recording does not create or secure any new or further indebtedness or obligation other than the principal indebtedness or obligation secured by or which under any contingency may be secured by the above-mentioned mortgages.

[NO FURTHER TEXT ON THIS PAGE]

6990874.1

[Signature Page to 255 Affidavit (L/R)]

**WHEREFORE**, deponent respectfully requests that said Assignment of Leases and Rents be declared exempt from taxation pursuant to the provisions of Section 255 of Article 11 of the Tax Law.

JASON WISOTSKY

Sworn to before me this
13 day of November, 2019

Notary Public

AVRAHAM Y OBERMEISTER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OB6146516
Qualified in Rockland County
My Commission Expires 05-22-2022

## Schedule of Mortgages

All instruments recited herein have been recorded or are intended to be recorded in the Office of the City Register for Kings County

Mortgage 1
| | |
|---|---|
| Mortgagor: | Tony Di Piazza |
| Mortgagee: | George Shapiro |
| Mortgage Amount: | $239,000.00 |
| Dated: | August 3, 1984 |
| Recorded: | August 29, 1984 |
| Reel: | 1545 |
| Page: | 812 |
| Mortgage Tax Paid: | $3,585.00 |

Assignment of Mortgage (1a)
| | |
|---|---|
| Assignor: | George Shapiro |
| Assignee: | Kadilac Mortgage Bankers Ltd. |
| Dated: | April 27, 1988 |
| Recorded: | June 1, 1988 |
| Reel: | 2222 |
| Page: | 446 |

Assigns Mortgage 1.

Multifamily Mortgage, Assignment of Rents and Security Agreement 2
| | |
|---|---|
| Mortgagor: | Tony DiPiazza |
| Mortgagee: | Kadilac Mortgage Bankers Ltd. |
| Mortgage Amount: | $841,981.05 |
| Dated: | April 27, 1988 |
| Recorded: | June 1, 1988 |
| Reel: | 2222 |
| Page: | 450 |
| Mortgage Tax Paid: | $18,945.00 |

Consolidation, Extension and Modification Agreement (2a)
| | |
|---|---|
| Mortgagor: | Tony DiPiazza |
| Mortgagee: | Kadilac Mortgage Bankers Ltd. |
| Dated: | April 27, 1988 |
| Recorded: | June 1, 1988 |
| Reel: | 2222 |
| Page: | 460 |

Which agreement, by its terms, consolidates Mortgages 1 and 2 to form a single lien in the principal amount of $1,010,000.00.

6938972.1

Assignment of Mortgage (2b)

| | |
|---|---|
| Assignor: | Kadilac Mortgage Bankers Ltd. |
| Assignee: | Federal Home Loan Mortgage Corporation |
| Dated: | April 27, 1988 |
| Recorded: | June 1, 1988 |
| Reel: | 2222 |
| Page: | 448 |

Assigns Mortgages 1 and 2 as consolidated.

Assignment of Mortgage (2c)

| | |
|---|---|
| Assignor: | Federal Home Loan Mortgage Corporation |
| Assignee: | Apple Bank for Savings |
| Dated: | May 5, 1998 |
| Recorded: | June 24, 1998 |
| Reel: | 4226 |
| Page: | 2129 |

Assigns Mortgages 1 and 2 as consolidated.

Mortgage 3

| | |
|---|---|
| Mortgagor: | 25-01 Newkirk Avenue, LLC |
| Mortgagee: | Apple Bank for Savings |
| Mortgage Amount: | $89,650.63 |
| Dated: | May 7, 1998 |
| Recorded: | June 24, 1998 |
| Reel: | 4226 |
| Page: | 2142 |
| Mortgage Tax Paid: | $1,794.00 |

Consolidation, Extension and Modification Agreement (3a)

| | |
|---|---|
| Mortgagor: | 25-01 Newkirk Avenue, LLC |
| Mortgagee: | Apple Bank for Savings |
| Dated: | May 7, 1998 |
| Recorded: | June 24, 1998 |
| Reel: | 4226 |
| Page: | 2150 |

Which agreement, by its terms, consolidates Mortgages 1, 2 and 3 to form a single lien in the principal amount of $1,020,000.00.

6938972.1

<u>Assignment of Consolidated Security Instruments (3b)</u>

| | |
|---|---|
| Assignor: | Apple Bank for Savings |
| Assignee: | Federal Home Loan Mortgage Corporation |
| Dated: | May 7, 1998 |
| Recorded: | June 24, 1998 |
| Reel: | 4226 |
| Page: | 2135 |

Assigns Mortgages 1, 2 and 3 as consolidated.

<u>Assignment of Mortgage (3c)</u>

| | |
|---|---|
| Assignor: | Federal Home Loan Mortgage Corporation |
| Assignee: | New York Community Bank |
| Dated: | May 10, 2004 |
| Recorded: | May 5, 2005 |
| CRFN: | 2005000262816 |

Assigns Mortgages 1, 2 and 3 as consolidated.

<u>Mortgage 4</u>

| | |
|---|---|
| Mortgagor: | 25-01 Newkirk Avenue, LLC |
| Mortgagee: | New York Community Bank |
| Mortgage Amount: | $1,188,840.98 |
| Dated: | May 28, 2004 |
| Recorded: | May 5, 2005 |
| CRFN: | 2005000262817 |
| Mortgage Tax Paid: | $32,692.00 |

<u>Consolidation, Modification and Extension Agreement (4a)</u>

| | |
|---|---|
| Mortgagor: | 25-01 Newkirk Avenue, LLC |
| Mortgagee: | New York Community Bank |
| Dated: | May 28, 2004 |
| Recorded: | May 5, 2005 |
| CRFN: | 2005000262818 |

Which agreement, by its terms, consolidates Mortgages 1, 2, 3 and 4 to form a single lien in the principal amount of $2,100,000.00.

<u>Assignment of Mortgage (4b)</u>

| | |
|---|---|
| Assignor: | New York Community Bank |
| Assignee: | NCC Properties Group LLC |
| Dated: | January 18, 2012 |
| Recorded: | February 1, 2012 |
| CRFN: | 2012000045144 |

Assigns Mortgages 1, 2, 3 and 4 as consolidated.

6938972.1

<u>Gap Mortgage 5</u>

| | |
|---|---|
| Mortgagor: | Newkirk Realty Holdings 2501 LLC |
| Mortgagee: | NCC Properties Group LLC |
| Mortgage Amount: | $2,087,513.18 |
| Dated: | January 18, 2012 |
| Recorded: | February 1, 2012 |
| CRFN: | 2012000045147 |
| Mortgage Tax Paid: | $58,450.01 |

<u>Mortgage Consolidation, Modification and Extension Agreement (5a)</u>

| | |
|---|---|
| Mortgagor: | Newkirk Realty Holdings 2501 LLC |
| Mortgagee: | NCC Properties Group LLC |
| Dated: | January 18, 2012 |
| Recorded: | February 1, 2012 |
| CRFN: | 2012000045148 |

Which agreement, by its terms, consolidates Mortgages 1, 2, 3, 4 and 5 to form a single lien in the principal amount of $3,900,000.00.

<u>Assignment of Mortgage (5b)</u>

| | |
|---|---|
| Assignor: | NCC Properties Group LLC |
| Assignee: | BCB Community Bank |
| Dated: | March 16, 2012 |
| Recorded: | March 29, 2012 |
| CRFN: | 2012000124687 |

Assigns Mortgages 1, 2, 3, 4 and 5 as consolidated.

<u>Mortgage Consolidation, Modification & Extension Agreement (5c)</u>

| | |
|---|---|
| Mortgagor: | Newkirk Realty Holdings 2501 LLC |
| Mortgagee: | BCB Community Bank |
| Dated: | March 20, 2012 |
| Recorded: | March 29, 2012 |
| CRFN: | 2012000124688 |

Which agreement, by its terms, consolidates Mortgages 1, 2, 3, 4 and 5 to form a single lien in the principal amount of $3,900,000.00.

<u>Assignment of Mortgage (5d)</u>

| | |
|---|---|
| Assignor: | BCB Community Bank |
| Assignee: | BankUnited, N.A. |
| Dated: | October 31, 2013 |
| Recorded: | November 12, 2013 |
| CRFN: | 2013000464606 |

Assigns Mortgages 1, 2, 3, 4 and 5 as consolidated.

Gap Mortgage 6

| | |
|---|---|
| Mortgagor: | Newkirk Realty Holdings 2501 LLC |
| Mortgagee: | BankUnited, N.A. |
| Mortgage Amount: | $880,940.28 |
| Dated: | November 5, 2013 |
| Recorded: | November 12, 2013 |
| CRFN: | 2013000464607 |
| Mortgage Tax Paid: | $24,665.21 |

Consolidation and Extension Agreement (6a)

| | |
|---|---|
| Mortgagor: | Newkirk Realty Holdings 2501 LLC |
| Mortgagee: | BankUnited, N.A. |
| Dated: | November 5, 2013 |
| Recorded: | November 12, 2013 |
| CRFN: | 2013000464608 |

Which agreement, by its terms, consolidates Mortgages 1, 2, 3, 4, 5 and 6 to form a single lien in the principal amount of $4,650,000.00.

Gap Mortgage 7

| | |
|---|---|
| Mortgagor: | Newkirk Realty Holdings 2501 LLC |
| Mortgagee: | BankUnited, N.A. |
| Mortgage Amount: | $1,758,506.78 |
| Dated: | March 6, 2015 |
| Recorded: | March 13, 2015 |
| CRFN: | 2015000086729 |
| Mortgage Tax Paid: | $49,238.01 |

Consolidation and Extension Agreement (7a)

| | |
|---|---|
| Mortgagor: | Newkirk Realty Holdings 2501 LLC |
| Mortgagee: | BankUnited, N.A. |
| Dated: | March 6, 2015 |
| Recorded: | March 13, 2015 |
| CRFN: | 2015000086730 |

Which agreement, by its terms, consolidates Mortgages 1, 2, 3, 4, 5, 6 and 7 to form a single lien in the principal amount of $6,300,000.00.

Assignment of Mortgage (7b)

| | |
|---|---|
| Assignor: | BankUnited, N.A. |
| Assignee: | Connect One Bank |
| Dated: | February 1, 2018 |
| Recorded: | February 22, 2018 |
| CRFN: | 2018000063134 |

Assigns Mortgages 1, 2, 3, 4, 5, 6 and 7 as consolidated.

6938972.1

<u>Mortgage (Gap) 8</u>

| | |
|---|---|
| Mortgagor: | FC 2501 LLC, MIZ3 LLC and FC 1191 LLC |
| Mortgagee: | ConnectOne Bank |
| Mortgage Amount: | $1,171,849.07 |
| Dated: | February 1, 2018 |
| Recorded: | February 22, 2018 |
| CRFN: | 2018000063135 |
| Mortgage Tax Paid: | $32,810.40 |

<u>Consolidation, Extension and Modification Agreement (8a)</u>

| | |
|---|---|
| Mortgagor: | FC 2501 LLC, MIZ3 LLC and FC 1191 LLC |
| Mortgagee: | ConnectOne Bank |
| Dated: | February 1, 2018 |
| Recorded: | February 22, 2018 |
| CRFN: | 2018000063136 |

Which agreement, by its terms, consolidates Mortgages 1, 2, 3, 4, 5, 6, 7 and 8 to form a single lien in the principal amount of $7,100,000.00.

**<u>Assignment of Mortgage (8b)</u>**

| | |
|---|---|
| Assignor: | ConnectOne Bank |
| Assignee: | Capital One, National Association |
| Dated: | November 20, 2019 |
| Recorded | to be duly recorded |

Assigns Mortgages 1, 2, 3, 4, 5, 6, 7, and 8 as consolidated. Upon which Mortgages there remains an unpaid principal balance in the amount of $7,000,687.75.

**<u>Gap Mortgage 9</u>**

| | |
|---|---|
| Mortgagor: | FC 2501 LLC, MIZ3 LLC and FC 1191 LLC |
| Mortgagee: | Capital One, National Association |
| Mortgage Amount: | $1,199,312.25 |
| Dated: | November 20, 2019 |
| Recorded: | to be duly recorded |
| Mortgage Tax Paid: | $33,580.74 |

**<u>Consolidation, Extension, Modification and Security Agreement (9a)</u>**

| | |
|---|---|
| Mortgagor: | FC 2501 LLC, MIZ3 LLC and FC 1191 LLC |
| Mortgagee: | Capital One, National Association |
| Dated: | November 20, 2019 |
| Recorded: | to be duly recorded |

Which Agreement, by its terms, consolidates Mortgages 1, 2, 3, 4, 5, 6, 7, 8 and 9 to form a single first lien in the principal amount of $8,200,000.00.

6938972.1