# EXHIBIT G

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2019112001314001001E4F3A |

**RECORDING AND ENDORSEMENT COVER PAGE**    PAGE 1 OF 5

**Document ID:** 2019112001314001   **Document Date:** 11-20-2019   **Preparation Date:** 11-20-2019
**Document Type:** INITIAL UCC1                                       FIXTURE FILING
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| LIEN SOLUTIONS<br>330 N. BRAND BLVD STE 700<br>MG 72634848<br>GLENDALE, CA 91203<br>818-662-4100<br>UCCFILINGRETURN@WOLTERSKLUWER.COM | LIEN SOLUTIONS<br>330 N. BRAND BLVD STE 700<br>MG 72634848<br>GLENDALE, CA 91203<br>818-662-4100<br>UCCFILINGRETURN@WOLTERSKLUWER.COM |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 5212 | 24  Partial Lot | 54 | 2501 NEWKIRK AVENUE |

**Property Type:** COMMERCIAL REAL ESTATE

**CROSS REFERENCE DATA**

CRFN_____ or DocumentID_____ or _____ Year____ Reel____ Page_____ or File Number_____

**PARTIES**

| DEBTOR: | SECURED PARTY: |
|---|---|
| FC 2501 LLC<br>62 RUTLEDGE STREET, SUITE 109<br>BROOKLYN, NY 11249 | CAPITAL ONE, NATIONAL ASSOCIATION<br>1307 WALT WHITMAN ROAD<br>MELVILLE, NY 11747 |

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 40.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed    11-22-2019 15:33
City Register File No.(CRFN):
**2019000383620**

*Annette M Hill*

*City Register Official Signature*

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2019112001314001001C4DBA

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 5 |
|---|---|---|
| **Document ID:** 2019112001314001 | Document Date: 11-20-2019 | Preparation Date: 11-20-2019 |
| Document Type: INITIAL UCC1 | | |

**PARTIES**

**DEBTOR:**
MIZ3 LLC
62 RUTLEDGE STREET, SUITE 109
BROOKLYN, NY 11249

**DEBTOR:**
FC 1191 LLC
62 RUTLEDGE STREET, SUITE 109
BROOKLYN, NY 11249

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Name: Wolters Kluwer Lien Solutions Phone: 800-331-3282 Fax: 818-662-4141

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)** 28353 - CAPITAL ONE MF C/O C

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

72634848
NYNY FIXTURE

File with: Kings, NY

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| FC 2501 LLC | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 62 Rutledge Street, Suite 109 | Brooklyn | NY | 11249 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: LLC | 1f. JURISDICTION OF ORGANIZATION: NY | 1g. ORGANIZATIONAL ID #, if any  ☒ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MIZ3 LLC | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 62 Rutledge Street, Suite 109 | Brooklyn | NY | 11249 | USA |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION: LLC | 2f. JURISDICTION OF ORGANIZATION: NY | 2g. ORGANIZATIONAL ID #, if any  ☒ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Capital One, National Association | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1307 Walt Whitman Road | Melville | NY | 11747 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
RIDER A TO FINANCING STATEMENT FILED BY CAPITAL ONE, NATIONAL ASSOCIATION ("SECURED PARTY") AGAINST FC 2501 LLC, MIZ3 LLC, AND FC 1191 LLC (collectively, the "DEBTOR"). Property Address: 2501-2511 Newkirk Avenue a/k/a 417 East 25th Street, Brooklyn, New York.
This financing statement is filed pursuant to a Consolidation, Extension, Modification and Security Agreement (the "Mortgage") dated November 20, 2019 from Debtor to Secured Party covering the following items of property, to the extent permitted by the Uniform Commercial Code: All of Debtor's right, title and interest in and to (i) through (xii) below (collectively, the "Mortgaged Property") whether now owned or held or hereafter acquired: (i) the Land plus any air rights, easements, privileges, royalties, rights and appurtenances hereunto belonging or in any way appertaining, and all of the estate, right, title, interest, claim or demand whatsoever of Debtor therein and in the streets and ways adjacent thereto, either at law or in equity, in possession or expectancy, now or hereafter acquired and including the land surface and the entire subsurface of soil, sand, gravel, stone and rock, all surface water and subsurface water, whether flowing or stagnant, and the ambient air (collectively, the "Premises"); and (ii) all improvements, structures or buildings and replacements thereof now or hereafter erected on the Premises including equipment and fixtures attached thereto and owned by Debtor (collectively, the "Improvements"); and (iii) all chattels at the Premises owned by Debtor including all fixtures, fittings, appliances, apparatus, equipment, computers, machinery and articles of personal property and replacements thereof, other than those owned or leased by Lessees (as hereinafter defined), now or at any time hereafter affixed to, attached to, placed upon, or used in any way in connection with the complete and use, enjoyment, occupancy or operation of the Improvements (collectively, the "Chattels"); and (iv) all proceeds of the conversion, voluntary or involuntary, of any of the foregoing into cash or liquidated claims, including, without limitation, proceeds of insurance and condemnation awards and any unearned premiums accrued, accruing or to accrue under any and all insurance policies now or hereafter obtained by Debtor, and all rights of Debtor to refunds of real estate taxes and assessments; and (v) all leases, subleases, lettings, licenses, occupancy agreements, contracts or agreements of any kind pertaining to the Premises and the Improvements or any part thereof now or hereafter entered into (each a "Lease" and collectively, the "Leases") and all right, title and interest of Debtor thereunder, including, without limitation: (a) cash, letters

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☒ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]   **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
72634848          25339.2244

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME: **FC 2501 LLC**

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

10. MISCELLANEOUS: 72634848-NY-47   28353 - CAPITAL ONE MF C/O C
Capital One, National Association

File with: Kings, NY   25339.2244

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME: **FC 1191 LLC**

OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 62 Rutledge Street, Suite 109 | Brooklyn | NY | 11249 | USA |

11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION: LLC | 11f. JURISDICTION OF ORGANIZATION: NY | 11g. ORGANIZATIONAL ID #, if any: ☒ NONE

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME:

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.

**14. Description of real estate:**

Section: 16
Block: 5212
Lot: 24
Property Type: COMMERCIAL REAL ESTATE

2501-2511 Newkirk Avenue a/k/a 417 East 25th Street, Brooklyn, New York

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16. Additional Collateral description:**
of credit or other securities deposited thereunder to secure performance by the lessees, sub-lessees, licensees, occupants, users or contractors (each a "Lessee" and collectively, the "Lessees") thereof of their obligations thereunder, whether such cash, letters of credit or securities are to be held until the expiration of the terms of such Leases or applied to one or more of the installments of rent coming due immediately prior to the expiration of such terms; (b) all guarantees of obligations of any Lessee; and (c) the right to receive and collect all income from any portion of the Mortgaged Property, including, but not limited to, all rents, issues, letters of credit and profits from the Leases (collectively, the "Rents"), all in accordance with the terms hereof and the terms of that certain Assignment of Leases and Rents of even date herewith from Debtor, as assignor, to Secured Party, as assignee (the "Assignment of Leases and Rents"); and (vi) all awards heretofore made and hereafter to be made by any municipal, state or federal authorities to Debtor, including any awards for any changes of grade of streets affecting the Premises as the result of the exercise of the power of eminent domain (the "Awards"); and (vii) all judgments or settlement proceeds against any municipal, state or federal authorities in favor of Debtor, including any judgment or settlement proceeds for any government violations of the Fair Housing Amendment Act of 1988, 42 U.S.C.A.§§3601 et. al.; or the American With Disabilities Act, 42 U.S.C.A. §§ 12101 et al. involving Debtor and/or the Mortgaged Property; and (viii) all the other estate, right, title, interest, use, possession, property, claim and demand whatsoever, accounts receivable, contract rights, general intangibles, trade names, books, records and computer software related to operation of the Premises and the Improvements, actions and rights in action, relating thereto and proceeds, products, replacements, additions, substitutions, renewals and accessions of any of the foregoing; and (ix) all plans, drawings, specifications,

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decendent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction
☐ Filed in connection with a Public-Finance Transaction

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/21/09)

Prepared by Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME: **FC 2501 LLC**

OR 9b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME, SUFFIX

**10. MISCELLANEOUS:** 72634848-NY-47   28353 - CAPITAL ONE MF C/O C
Capital One, National Association

File with: Kings, NY   25339.2244

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX

11c. MAILING ADDRESS / CITY / STATE / POSTAL CODE / COUNTRY

11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any □ NONE

**12.** □ ADDITIONAL SECURED PARTY'S or □ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX

12c. MAILING ADDRESS / CITY / STATE / POSTAL CODE / COUNTRY

**13.** This FINANCING STATEMENT covers □ timber to be cut or □ as-extracted collateral, or is filed as a ☒ fixture filing.

**14.** Description of real estate:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16. Additional Collateral description:**
site plans, subdivision maps, sketches, contracts and agreements, however characterized from time to time prepared for use in connection with the development, redevelopment or renovation of the Premises and Improvements; and (x) all contracts, agreements and understandings now or hereafter entered into, relating to or involving the performance of any work, rendering of any services, and supply of any materials or the conduct of operations in and the management of the Mortgaged Property including, without limitation, construction contracts, brokerage agreements, architect agreements, management agreements, options and other agreements, however characterized, affecting the Premises and/or the Improvements or the public improvements required to be installed under the terms of governmental approvals relating to the Premises (collectively, the "Contracts"); and (xi) any and all permits, certificates, approvals and authorizations, however characterized, issued or in any way furnished whether necessary or not, for the operation and use of the Premises and/or the Improvements and/or any other portion thereof including, without limitation, certificates of occupancy, building permits, environmental certificates, certificates of operation, warranties and guarantees; and (xii) all bank accounts maintained by Debtor in connection with the Mortgaged Property (whether maintained with Secured Party or any other financial or depository institution) and all the monies contained therein, including, but not limited to, the Auto-debit Account (as defined in the Note), Debtor's operating account (the "Operating Account"), all tenant security account(s) for the Mortgaged Property, subject to the rights of tenants therein (the "Tenant Security Account"), any interest or debt service reserve accounts and the Tax and Insurance Reserves (as defined in the Mortgage).

**17.** Check only if applicable and check only one box.
Debtor is a □ Trust or □ Trustee acting with respect to property held in trust or □ Decendent's Estate

**18.** Check only if applicable and check only one box.
□ Debtor is a TRANSMITTING UTILITY
□ Filed in connection with a Manufactured-Home Transaction
□ Filed in connection with a Public-Finance Transaction

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/21/09)

Prepared by Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282