# EXHIBIT H

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2021110300218001001EA41E |

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 14

**Document ID:** 2021110300218001    **Document Date:** 09-28-2021    **Preparation Date:** 11-03-2021
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 12

| PRESENTER: | RETURN TO: |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY - RICHMO<br>7130 GLEN FOREST DR<br>RICHMOND, VA 23226-3754<br>GIUSY.HANSEN@FNF.COM | FIDELITY NATIONAL TITLE INSURANCE COMPANY<br>7130 GLEN FOREST DRIVE SUITE 300<br>RICHMOND, VA 23226<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 5212 | 24 | Entire Lot | 2501 NEWKIRK AVENUE |

**Property Type:** APARTMENT BUILDING

### CROSS REFERENCE DATA

BROOKLYN    **Year:** 1984    **Reel:** 1545    **Page:** 812
☒ Additional Cross References on Continuation Page

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION<br>1600 CAPITAL ONE DRIVE<br>MCLEAN, VA 22102 | PT ATL SPV GRANTOR TRUST<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |

### FEES AND TAXES

| Mortgage: | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | $ | 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 121.00 | | |
| Affidavit Fee: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    11-08-2021 14:45
City Register File No.(CRFN):
**2021000441927**

*Annette M Hill*
*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2021110300218001001CA69E |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE  (CONTINUATION)**   PAGE 2 OF 14

**Document ID: 2021110300218001**   Document Date: 09-28-2021   Preparation Date: 11-03-2021
Document  Type: ASSIGNMENT, MORTGAGE

**CROSS REFERENCE DATA**

| | | | |
|---|---|---|---|
| BROOKLYN | Year: 1988 | Reel: 2222 | Page: 446 |
| BROOKLYN | Year: 1988 | Reel: 2222 | Page: 450 |
| BROOKLYN | Year: 1988 | Reel: 2222 | Page: 460 |
| BROOKLYN | Year: 1988 | Reel: 2222 | Page: 448 |
| BROOKLYN | Year: 1998 | Reel: 4226 | Page: 2129 |
| BROOKLYN | Year: 1998 | Reel: 4226 | Page: 2142 |
| BROOKLYN | Year: 1998 | Reel: 4226 | Page: 2150 |
| BROOKLYN | Year: 1998 | Reel: 4226 | Page: 2135 |

**CRFN:** 2005000262816
**CRFN:** 2005000262817
**CRFN:** 2005000262818
**CRFN:** 2012000045144
**CRFN:** 2012000045147
**CRFN:** 2012000045148
**CRFN:** 2012000124687
**CRFN:** 2012000124688
**CRFN:** 2013000464606
**CRFN:** 2013000464607
**CRFN:** 2013000464608
**CRFN:** 2015000086729
**CRFN:** 2015000086730
**CRFN:** 2018000063134
**CRFN:** 2018000063135
**CRFN:** 2018000063136
**CRFN:** 2019000391428
**CRFN:** 2019000391429
**CRFN:** 2019000391430

PREMISES: AS SET FORTH ON SCHEDULE II ATTACHED HERETO

CAPITAL ONE, NATIONAL ASSOCIATION
as Assignor

to

PT ATL SPV GRANTOR TRUST
as Assignee

### ASSIGNMENT OF MORTGAGES

The land affected by the
within instrument lies in

|  |  |
|---|---|
| State: | New York |
| County: | Kings |
| Block: | 5212 |
| Lot: | 24 |

Premises Address:   2501-2511 Newkirk Avenue a/k/a 417 East 25th Street
Brooklyn, New York

RECORDED AND RETURN TO:

King & Spalding LLC
1185 Avenue of the Americas
New York, New York 10036-2601
Attn: Erik F. Andersen

This Instrument is being filed as an accomodation only. It has not been examined as to its execution, insurability or affect on title.

853326†9

[1000374] - FC 2501 LLC

# ASSIGNMENT OF MORTGAGES

**KNOW THAT:**

**CAPITAL ONE, NATIONAL ASSOCIATION,** having an address at 1600 Capital One Drive, McLean, VA 22102 (together with its successors and assigns in such capacity, the "**Assignor**"),

for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby grant. bargain, sell, convey, assign, transfer and set over, without recourse to Assignor to:

**PT ATL SPV GRANTOR TRUST,** having an address at c/o Delaware Trust Company, Attn: Trust Administration, 251 Little Falls Drive, Wilmington, Delaware 19808 ("**Assignee**"),

all of Assignor's right, title and interest, of any kind whatsoever, including without limitation that of mortgagee, beneficiary, payee, assignee or secured party (as the case may be), in and to those certain documents described on **Schedule I** annexed hereto (collectively, the "**Security Instruments**"), encumbering the premises described on **Schedule II** annexed hereto (collectively, the "**Premises**"),

TO HAVE AND TO HOLD the same unto Assignee and to the successors and assigns of Assignee forever.

This assignment (this "**Assignment**") is an absolute assignment. This Assignment is made without recourse, representation or warranty, express or implied, except as set forth in that certain Purchase and Sale Agreement, dated as of August 6, 2021, between Capital One, National Association, as seller, and Assignee, as purchaser.

This Assignment shall be governed by and construed in accordance with the laws of the state in which the Premises are located.

This assignment is not subject to the requirements of section two hundred seventy five of the New York State Real Property Law (RPL §275) because it is an assignment in the secondary mortgage market.

   IN WITNESS WHEREOF, Assignor has caused these presents to be effective as of  SEP 2 8 2021 .

[The Remainder of the Page is Intentionally Blank]

[1000374] - FC 2501 LLC

[Signature Page to Assignment of Mortgages]

**ASSIGNOR:**

CAPITAL ONE, NATIONAL ASSOCIATION

By: _____
DESIREE HARLOW
Authorized Signatory

**ACKNOWLEDGEMENT**

STATE OF VIRGINIA        )
                        ) ss.:
COUNTY OF HENRICO        )

On the 13th day of August, in the year 2021, before me the undersigned, personally appeared DESIREE HARLOW, personally known to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

Karen A Singleton
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7506878
My Commission Expires
December 31, 2023

## Schedule I

## Security Instruments

[See Schedule of Mortgages following]

[1000374] - FC 2501 LLC

## Schedule of Mortgages

Mortgage 1
Mortgagor:           Tony Di Piazza
Mortgagee:           George Shapiro
Mortgage Amount:     $239,000.00
Dated:               August 3, 1984
Recorded:            August 29, 1984
Reel:                1545
Page:                812
Mortgage Tax Paid:   $3,585.00

Assignment of Mortgage (1a)
Assignor:            George Shapiro
Assignee:            Kadilac Mortgage Bankers Ltd.
Dated:               April 27, 1988
Recorded:            June 1, 1988
Reel:                2222
Page:                446

Assigns Mortgage 1.

Multifamily Mortgage, Assignment of Rents and Security Agreement 2
Mortgagor:           Tony DiPiazza
Mortgagee:           Kadilac Mortgage Bankers Ltd.
Mortgage Amount:     $841,981.05
Dated:               April 27, 1988
Recorded:            June 1, 1988
Reel:                2222
Page:                450
Mortgage Tax Paid:   $18,945.00

Consolidation, Extension and Modification Agreement (2a)
Mortgagor:           Tony DiPiazza
Mortgagee:           Kadilac Mortgage Bankers Ltd.
Dated:               April 27, 1988
Recorded:            June 1, 1988
Reel:                2222
Page:                460

Which agreement, by its terms, consolidates Mortgages 1 and 2 to form a single lien in the principal amount of $1,010,000.00.

7445535.1

Assignment of Mortgage (2b)
Assignor: Kadilac Mortgage Bankers Ltd.
Assignee: Federal Home Loan Mortgage Corporation
Dated: April 27, 1988
Recorded: June 1, 1988
Reel: 2222
Page: 448

Assigns Mortgages 1 and 2 as consolidated.

Assignment of Mortgage (2c)
Assignor: Federal Home Loan Mortgage Corporation
Assignee: Apple Bank for Savings
Dated: May 5, 1998
Recorded: June 24, 1998
Reel: 4226
Page: 2129

Assigns Mortgages 1 and 2 as consolidated.

Mortgage 3
Mortgagor: 25-01 Newkirk Avenue, LLC
Mortgagee: Apple Bank for Savings
Mortgage Amount: $89,650.63
Dated: May 7, 1998
Recorded: June 24, 1998
Reel: 4226
Page: 2142
Mortgage Tax Paid: $1,794.00

Consolidation, Extension and Modification Agreement (3a)
Mortgagor: 25-01 Newkirk Avenue, LLC
Mortgagee: Apple Bank for Savings
Dated: May 7, 1998
Recorded: June 24, 1998
Reel: 4226
Page: 2150

Which agreement, by its terms, consolidates Mortgages 1, 2 and 3 to form a single lien in the principal amount of $1,020,000.00.

<u>Assignment of Consolidated Security Instruments (3b)</u>
Assignor:          Apple Bank for Savings
Assignee:          Federal Home Loan Mortgage Corporation
Dated:             May 7, 1998
Recorded:          June 24, 1998
Reel:              4226
Page:              2135

Assigns Mortgages 1, 2 and 3 as consolidated.

<u>Assignment of Mortgage (3c)</u>
Assignor:          Federal Home Loan Mortgage Corporation
Assignee:          New York Community Bank
Dated:             May 10, 2004
Recorded:          May 5, 2005
CRFN:              2005000262816

Assigns Mortgages 1, 2 and 3 as consolidated.

<u>Mortgage 4</u>
Mortgagor:         25-01 Newkirk Avenue, LLC
Mortgagee:         New York Community Bank
Mortgage Amount:   $1,188,840.98
Dated:             May 28, 2004
Recorded:          May 5, 2005
CRFN:              2005000262817
Mortgage Tax Paid: $32,692.00

<u>Consolidation, Modification and Extension Agreement (4a)</u>
Mortgagor:         25-01 Newkirk Avenue, LLC
Mortgagee:         New York Community Bank
Dated:             May 28, 2004
Recorded:          May 5, 2005
CRFN:              2005000262818

Which agreement, by its terms, consolidates Mortgages 1, 2, 3 and 4 to form a single lien in the principal amount of $2,100,000.00.

<u>Assignment of Mortgage (4b)</u>
Assignor:          New York Community Bank
Assignee:          NCC Properties Group LLC
Dated:             January 18, 2012
Recorded:          February 1, 2012
CRFN:              2012000045144

Assigns Mortgages 1, 2, 3 and 4 as consolidated.

7445535.1

<u>Gap Mortgage 5</u>
Mortgagor:             Newkirk Realty Holdings 2501 LLC
Mortgagee:             NCC Properties Group LLC
Mortgage Amount:       $2,087,513.18
Dated:                 January 18, 2012
Recorded:              February 1, 2012
CRFN:                  2012000045147
Mortgage Tax Paid:     $58,450.01

<u>Mortgage Consolidation, Modification and Extension Agreement (5a)</u>
Mortgagor:             Newkirk Realty Holdings 2501 LLC
Mortgagee:             NCC Properties Group LLC
Dated:                 January 18, 2012
Recorded:              February 1, 2012
CRFN:                  2012000045148

Which agreement, by its terms, consolidates Mortgages 1, 2, 3, 4 and 5 to form a single lien in the principal amount of $3,900,000.00.

<u>Assignment of Mortgage (5b)</u>
Assignor:              NCC Properties Group LLC
Assignee:              BCB Community Bank
Dated:                 March 16, 2012
Recorded:              March 29, 2012
CRFN:                  2012000124687

Assigns Mortgages 1, 2, 3, 4 and 5 as consolidated.

<u>Mortgage Consolidation, Modification & Extension Agreement (5c)</u>
Mortgagor:             Newkirk Realty Holdings 2501 LLC
Mortgagee:             BCB Community Bank
Dated:                 March 20, 2012
Recorded:              March 29, 2012
CRFN:                  2012000124688

Which agreement, by its terms, consolidates Mortgages 1, 2, 3, 4 and 5 to form a single lien in the principal amount of $3,900,000.00.

<u>Assignment of Mortgage (5d)</u>
Assignor:              BCB Community Bank
Assignee:              BankUnited, N.A.
Dated:                 October 31, 2013
Recorded:              November 12, 2013
CRFN:                  2013000464606

Assigns Mortgages 1, 2, 3, 4 and 5 as consolidated.

7445535.1

Gap Mortgage 6
Mortgagor:           Newkirk Realty Holdings 2501 LLC
Mortgagee:           BankUnited, N.A.
Mortgage Amount:     $880,940.28
Dated:               November 5, 2013
Recorded:            November 12, 2013
CRFN:                2013000464607
Mortgage Tax Paid:   $24,665.21

Consolidation and Extension Agreement (6a)
Mortgagor:           Newkirk Realty Holdings 2501 LLC
Mortgagee:           BankUnited, N.A.
Dated:               November 5, 2013
Recorded:            November 12, 2013
CRFN:                2013000464608

Which agreement, by its terms, consolidates Mortgages 1, 2, 3, 4, 5 and 6 to form a single lien in the principal amount of $4,650,000.00.

Gap Mortgage 7
Mortgagor:           Newkirk Realty Holdings 2501 LLC
Mortgagee:           BankUnited, N.A.
Mortgage Amount:     $1,758,506.78
Dated:               March 6, 2015
Recorded:            March 13, 2015
CRFN:                2015000086729
Mortgage Tax Paid:   $49,238.01

Consolidation and Extension Agreement (7a)
Mortgagor:           Newkirk Realty Holdings 2501 LLC
Mortgagee:           BankUnited, N.A.
Dated:               March 6, 2015
Recorded:            March 13, 2015
CRFN:                2015000086730

Which agreement, by its terms, consolidates Mortgages 1, 2, 3, 4, 5, 6 and 7 to form a single lien in the principal amount of $6,300,000.00.

Assignment of Mortgage (7b)
Assignor:            BankUnited, N.A.
Assignee:            Connect One Bank
Dated:               February 1, 2018
Recorded:            February 22, 2018
CRFN:                2018000063134

Assigns Mortgages 1, 2, 3, 4, 5, 6 and 7 as consolidated.

<u>Mortgage (Gap) 8</u>
| | |
|---|---|
| Mortgagor: | FC 2501 LLC, MIZ3 LLC and FC 1191 LLC |
| Mortgagee: | ConnectOne Bank |
| Mortgage Amount: | $1,171,849.07 |
| Dated: | February 1, 2018 |
| Recorded: | February 22, 2018 |
| CRFN: | 2018000063135 |
| Mortgage Tax Paid: | $32,810.40 |

<u>Consolidation, Extension and Modification Agreement (8a)</u>
| | |
|---|---|
| Mortgagor: | FC 2501 LLC, MIZ3 LLC and FC 1191 LLC |
| Mortgagee: | ConnectOne Bank |
| Dated: | February 1, 2018 |
| Recorded: | February 22, 2018 |
| CRFN: | 2018000063136 |

Which agreement, by its terms, consolidates Mortgages 1, 2, 3, 4, 5, 6, 7 and 8 to form a single lien in the principal amount of $7,100,000.00.

**Assignment of Mortgage (8b)**
| | |
|---|---|
| Assignor: | ConnectOne Bank |
| Assignee: | Capital One, National Association |
| Dated: | November 20, 2019 |
| Recorded: | December 2, 2019 |
| CRFN: | 2019000391428 |

Assigns Mortgages 1, 2, 3, 4, 5, 6, 7, and 8 as consolidated.

**Gap Mortgage 9**
| | |
|---|---|
| Mortgagor: | FC 2501 LLC, MIZ3 LLC and FC 1191 LLC |
| Mortgagee: | Capital One, National Association |
| Mortgage Amount: | $1,199,312.25 |
| Dated: | November 20, 2019 |
| Recorded: | December 2, 2019 |
| CRFN: | 2019000391429 |
| Mortgage Tax Paid: | $33,580.74 |

**Consolidation, Extension, Modification and Security Agreement (9a)**
| | |
|---|---|
| Mortgagor: | FC 2501 LLC, MIZ3 LLC and FC 1191 LLC |
| Mortgagee: | Capital One, National Association |
| Dated: | November 20, 2019 |
| Recorded: | December 2, 2019 |
| CRFN: | ■■■■■■■■■■■■■ |

Which Agreement, by its terms, consolidates Mortgages 1, 2, 3, 4, 5, 6, 7, 8 and 9 to form a single first lien in the principal amount of $8,200,000.00.

## Schedule II

## Legal Descriptions

[See Legal Description following]

## SCHEDULE A

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northerly side of Newkirk Avenue with the easterly side of East 25th Street;

RUNNING THENCE northerly, along the easterly side of East 25th Street, 140 feet;

THENCE easterly, parallel with Newkirk Avenue, 100 feet to the center line of the block;

THENCE southerly, along the center line of the block parallel with East 25th Street, 140 feet to the northerly side of Newkirk Avenue;

THENCE westerly, along the northerly side of Newkirk Avenue, 100 feet to the point or place of BEGINNING.

Said premises being known as 2501-2511 Newkirk Avenue a/k/a 417 East 25th Street, Brooklyn, New York (Block 5212, Lot 24)