# EXHIBIT I

Case 1:25-cv-06823-FB-JAM   Document 1-9   Filed 12/11/25   Page 1 of 8 PageID #: 149

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2021110300218002001EA45A |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | |

**RECORDING AND ENDORSEMENT COVER PAGE** — PAGE 1 OF 7

Document ID: 2021110300218002  Document Date: 09-28-2021  Preparation Date: 11-03-2021
Document Type: ASGN OF ASGN OF L&R
Document Page Count: 6

| PRESENTER: | RETURN TO: |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY - RICHMO<br>7130 GLEN FOREST DR<br>RICHMOND, VA 23226-3754<br>GIUSY.HANSEN@FNF.COM | FIDELITY NATIONAL TITLE INSURANCE COMPANY<br>7130 GLEN FOREST DRIVE SUITE 300<br>RICHMOND, VA 23226<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 5212 | 24 | Entire Lot | 2501 NEWKIRK AVENUE |

Property Type: APARTMENT BUILDING

### CROSS REFERENCE DATA
CRFN: 2019000391431

### PARTIES

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION<br>1600 CAPITAL ONE DRIVE<br>MCLEAN, VA 22102 | PT ATL SPV GRANTOR TRUST<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |

### FEES AND TAXES

| Mortgage: | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 67.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed   11-08-2021 14:45
City Register File No.(CRFN): 2021000441928

*Annette M Hill*
*City Register Official Signature*

<u>PREMISES</u>: AS SET FORTH ON <u>SCHEDULE II</u> ATTACHED HERETO

CAPITAL ONE, NATIONAL ASSOCIATION,
as Assignor

to

PT ATL SPV GRANTOR TRUST
as Assignee

---

**ASSIGNMENT OF ASSIGNMENTS OF LEASES AND RENTS**

---

The land affected by the
within instrument lies in

| | |
|---|---|
| State: | New York |
| County: | Kings |
| Block: | 5212 |
| Lot: | 24 |

Premises Address: 2501-2511 Newkirk Avenue a/k/a 417 East 25th Street
Brooklyn, New York

<u>RECORDED AND RETURN TO:</u>
King & Spalding LLC
1185 Avenue of the Americas
New York, New York 10036-2601
Attn: Erik F. Andersen

This Instrument is being filed as an
accomodation only. It has not been
examined as to its execution,
insurability or affect on title.

353386779
[1000374] - FC 2501 LLC

## ASSIGNMENT OF ASSIGNMENTS OF LEASES AND RENTS

**KNOW THAT:**

**CAPITAL ONE, NATIONAL ASSOCIATION,** having an address at 1600 Capital One Drive, McLean, VA 22102 (together with its successors and assigns in such capacity, the "**Assignor**"),

for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby grant. bargain, sell, convey, assign, transfer and set over, without recourse to Assignor to:

**PT ATL SPV GRANTOR TRUST,** having an address at c/o Delaware Trust Company, Attn: Trust Administration, 251 Little Falls Drive, Wilmington, Delaware 19808 ("**Assignee**"),

all of Assignor's right, title and interest, of any kind whatsoever, including without limitation that of mortgagee, beneficiary, payee, assignee or secured party (as the case may be), in and to those certain documents described on **Schedule I** annexed hereto (collectively, the "**Assignments of Leases and Rents**"), encumbering the premises described on **Schedule II** annexed hereto (collectively, the "**Premises**"),

TO HAVE AND TO HOLD the same unto Assignee and to the successors and assigns of Assignee forever.

This assignment (this "**Assignment**") is an absolute assignment. This Assignment is made without recourse, representation or warranty, express or implied, except as set forth in that certain Purchase and Sale Agreement, dated as of August 6, 2021, between Capital One, National Association, as seller, and Assignee, as purchaser.

This Assignment shall be governed by and construed in accordance with the laws of the state in which the Premises are located.

IN WITNESS WHEREOF, Assignor has caused these presents to be effective as of _____SEP 2 8 2021_____.


[The Remainder of the Page is Intentionally Blank]


[1000374] - FC 2501 LLC

[Signature Page to Assignment of Assignments of Leases and Rents]

**ASSIGNOR:**

CAPITAL ONE, NATIONAL ASSOCIATION

By: _____
DESIREE HARLOW
Authorized Signatory

**ACKNOWLEDGEMENT**

STATE OF VIRGINIA      )
                       ) ss.:
COUNTY OF HENRICO      )

On the 13th day of August, in the year 2021, before me the undersigned, personally appeared DESIREE HARLOW, personally known to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

Karen A Singleton
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7506878
My Commission Expires
December 31, 2023

## Schedule I

### Assignments of Leases and Rents

1. Assignment of Leases and Rents made by FC 2501 LLC to Capital One, National Association dated November 20, 2019 and recorded in the City Register's Office for Kings County on December 2, 2019 as CRFN ▮▮▮▮▮▮▮▮

[1000374] - FC 2501 LLC

## Schedule II

## Legal Descriptions

[See Legal Description following]

## SCHEDULE A

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northerly side of Newkirk Avenue with the easterly side of East 25th Street;

RUNNING THENCE northerly, along the easterly side of East 25th Street, 140 feet;

THENCE easterly, parallel with Newkirk Avenue, 100 feet to the center line of the block;

THENCE southerly, along the center line of the block parallel with East 25th Street, 140 feet to the northerly side of Newkirk Avenue;

THENCE westerly, along the northerly side of Newkirk Avenue, 100 feet to the point or place of BEGINNING.

Said premises being known as 2501-2511 Newkirk Avenue a/k/a 417 East 25th Street, Brooklyn, New York (Block 5212, Lot 24)