# EXHIBIT J

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2021110300218003001E6467 |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 3

**Document ID:** 2021110300218003  **Document Date:** 09-28-2021  **Preparation Date:** 11-03-2021
**Document Type:** UCC3 AMENDMENT  FIXTURE FILING
**Document Page Count:** 2

| PRESENTER: | RETURN TO: |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY - RICHMO<br>7130 GLEN FOREST DR<br>RICHMOND, VA 23226-3754<br>GIUSY.HANSEN@FNF.COM | FIDELITY NATIONAL TITLE INSURANCE COMPANY<br>7130 GLEN FOREST DRIVE SUITE 300<br>RICHMOND, VA 23226<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 5212 | 24 Entire Lot | 54 | 2501 NEWKIRK AVENUE |

**Property Type:** APARTMENT BUILDING

### CROSS REFERENCE DATA
**CRFN:** 2019000383620

### PARTIES

| DEBTOR: | SECURED PARTY: |
|---|---|
| FC 2501 LLC<br>62 RUTLEDGE STREET SUITE 109<br>BROOKLYN, NY 11249 | CAPITAL ONE, NATIONAL ASSOCIATION<br>1600 CAPITAL ONE DRIVE<br>MCLEAN, VA 22102 |

### FEES AND TAXES

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 20.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed   11-08-2021 14:45
City Register File No.(CRFN): **2021000441929**

*Annette M Hill*
*City Register Official Signature*

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER [Optional]

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO (Name and Address)

King & Spalding LLC
1185 Avenue of the Americas
New York, New York 10036-2601
Attn: Eric F. Andersen

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**: CRFN 2019000383620

**1b.** [X] This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** [X] ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**5. PARTY INFORMATION CHANGE:**
Check one of these two boxes: This Change affects [ ] Debtor or [X] Secured Party of record
AND Check one of these three boxes to: [X] CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   [ ] ADD name: Complete item 7a or 7b, and item 7c   [ ] DELETE name: Give record name To

**6. CURRENT RECORD INFORMATION**
6a. ORGANIZATION'S NAME: CAPITAL ONE, NATIONAL ASSOCIATION
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME: PT ATL SPV GRANTOR TRUST
7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
7c MAILING ADDRESS: c/o Delaware Trust Co, 251 Little Falls Drive | CITY: Wilmington | STATE: DE | POSTAL CODE: 19808 | COUNTRY:
7 TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION: Trust | 7f. JURISDICTION OF ORGANIZATION: Delaware | 7g. ORGANIZATIONAL ID #, if any [ ] NONE

**8. AMENDMENT (COLLATERAL CHANGE): check only one box.**
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or described collateral [ ] assigned

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME: CAPITAL ONE, NATIONAL ASSOCIATION
9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)  35338679

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment Form)

CRFN 2019000383620

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment Form)

12a. ORGANIZATION'S NAME

CAPITAL ONE, NATIONAL ASSOCIATION

OR 12b. INDIVIDUAL'S LAST NAME    FIRST NAME    MIDDLE NAME, SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

13. Use this space for additional information:

Debtor: FC 2501 LLC

County: Kings

Block: 5212
Lot: 24

Premises Address: 2501-2511 Newkirk Avenue a/k/a 417 East 25th Street, Brooklyn, New York

This Instrument is being filed as an accomodation only. It has not been examined as to its execution, insurability or affect on title.