UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DELAWARE TRUST COMPANY, as Trustee for the PT ATL SPV GRANTOR TRUST,

                  Plaintiff,

- against –

FC 2501 LLC; MIZ3 LLC; FC 1191 LLC; JASON WISOTSKY; ENVIRONMENTAL CONTROL BOARD; SHANA-KAY GRIFFITHS; and "JOHN DOE #1" through "JOHN DOE #10," the last ten names being fictitious and unknown to the plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest or lien upon the premises described in the complaint,

                  Defendants.

Case No: 1:25-cv-06823-B-JAM

## VERIFIED ANSWER TO VERIFIED COMPLAINT WITH AFFIRMATIVE DEFENSES

Defendants FC 2501 LLC, MIZ3 LLC, FC 1191 LLC, and Jason Wisotsky ("Defendants"), by and through its undersigned counsel, hereby file this Verified Answer to Complaint with Affirmative Defenses, and in support thereof, aver as follows:

1. The allegations contained in Paragraph 1 of the Complaint set forth Plaintiff's characterization of this action, and do not contain factual allegations to which a response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 1 of the Complaint.

### PARTIES, JURISDICTION, AND VENUE

2. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 2 of the Complaint.

3. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 3 of the Complaint.

4. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 4 of the Complaint.

5. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 5 of the Complaint.

6. The allegations contained in Paragraph 6 of the Complaint set forth Plaintiff's characterization of this action, and do not contain factual allegations to which a response is required. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

7. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 7 of the Complaint.

8. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 8 of the Complaint.

9. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 9 of the Complaint.

10. The allegations set forth in Paragraph 10 of the Complaint consist of Plaintiff's characterization and use of defined terms and thus do not require a response. To the extent a response is deemed required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

11. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 11 of the Complaint.

12. The allegations contained in Paragraph 12 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the Complaint.

13. Paragraph 13 consists of a description of an exhibit and not a factual allegation requiring a response. The document referenced speaks for itself, and Defendants deny any characterization inconsistent therewith.

14. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 14 of the Complaint.

15. The allegations contained in Paragraph 15 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

16. The allegations set forth in Paragraph 16 of the Complaint consist of Plaintiff's characterization and use of defined terms and thus do not require a response. To the extent a response is deemed required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

17. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 17 of the Complaint.

18. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 18 of the Complaint.

19. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 19 of the Complaint.

20. The allegations contained in Paragraph 20 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

21. The allegations contained in Paragraph 21 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

## **THE LOAN DOCUMENTS**

22. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 22 of the Complaint.

23. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 23 of the Complaint.

24. Paragraph 24 consists of a description of an exhibit and not a factual allegation requiring a response. The document referenced speaks for itself, and Defendants deny any characterization inconsistent therewith.

25. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 25 of the Complaint.

26. Paragraph 26 consists of a description of an exhibit and not a factual allegation requiring a response. The document referenced speaks for itself, and Defendants deny any characterization inconsistent therewith.

27. The allegations contained in Paragraph 27 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

28. The allegations contained in Paragraph 28 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

29. The allegations contained in Paragraph 29 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

30. Paragraph 30 consists of a description of an exhibit and not a factual allegation requiring a response. The document referenced speaks for itself, and Defendants deny any characterization inconsistent therewith.

31. The allegations contained in Paragraph 31 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

32. Paragraph 32 consists of a description of an exhibit and not a factual allegation requiring a response. The document referenced speaks for itself, and Defendants deny any characterization inconsistent therewith.

33. The allegations contained in Paragraph 33 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

34. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 34 of the Complaint.

35. Paragraph 35 consists of a description of an exhibit and not a factual allegation requiring a response. The document referenced speaks for itself, and Defendants deny any characterization inconsistent therewith.

36. The allegations set forth in Paragraph 36 of the Complaint consist of Plaintiff's characterization and use of defined terms and thus do not require a response. To the extent a response is deemed required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

37. The allegations contained in Paragraph 37 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

38. Paragraph 38 consists of a description of an exhibit and not a factual allegation requiring a response. The document referenced speaks for itself, and Defendants deny any characterization inconsistent therewith.

39. Paragraph 39 consists of a description of an exhibit and not a factual allegation requiring a response. The document referenced speaks for itself, and Defendants deny any characterization inconsistent therewith.

40. Deny knowledge or information sufficient to form a belief as to the truth of the allegations.

41. Paragraph 41 consists of a description of an exhibit and not a factual allegation requiring a response. The document referenced speaks for itself, and Defendants deny any characterization inconsistent therewith.

**FIRST COUNT**
**(Foreclosure of Mortgage)**

42. Defendants repeat, reiterate, and reallege their responses to Paragraphs 1 through 41 of the Complaint.

43. Deny the allegations set forth in Paragraph 43 of the Complaint.

44. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 44 of the Complaint.

45. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 45 of the Complaint.

46. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 46 of the Complaint.

47. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 47 of the Complaint.

48. Paragraph 48 consists of a description of an exhibit and not a factual allegation requiring a response. The document referenced speaks for itself, and Defendants deny any characterization inconsistent therewith.

49. Deny the allegations set forth in Paragraph 49 of the Complaint.

50. Deny the allegations set forth in Paragraph 50 of the Complaint.

51. The allegations contained in Paragraph 51 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

52. The allegations contained in Paragraph 52 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

53. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 53 of the Complaint.

54. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 54 of the Complaint.

55. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 55 of the Complaint.

56. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 56 of the Complaint.

57. The allegations contained in Paragraph 57 of the Complaint contain legal conclusions to which no response is required. To the extent a response is required Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

58. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 58 of the Complaint.

59. The allegations contained in Paragraph 59 of the Complaint contain a request for relief to which no response is required. Further, the allegations in Paragraph 59 contain legal conclusions to which no response is required. To the extent a response is required, Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

60. The allegations contained in Paragraph 60 of the Complaint contain a request for relief to which no response is required. Further, the allegations in Paragraph 60 contain legal conclusions to which no response is required. To the extent a response is required Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

61. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 61 of the Complaint.

62. Deny the allegations set forth in Paragraph 62 of the Complaint.

## SECOND COUNT
**(Foreclosure of Security Interest in the Collateral**

63. Defendants repeat, reiterate, and reallege their responses to Paragraphs 1 through 62 of the Complaint.

64. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 64 of the Complaint.

65. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 65 of the Complaint.

66. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 66 of the Complaint.

67. Deny the allegations set forth in Paragraph 67 of the Complaint.

68. Deny the allegations set forth in Paragraph 68 of the Complaint.

## THIRD COUNT
### (Deficiency Judgment Against Defendants)

69. Defendants repeat, reiterate, and reallege their responses to Paragraphs 1 through 68 of the Complaint.

70. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 70 of the Complaint.

71. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 71 of the Complaint.

72. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 72 of the Complaint.

73. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 73 of the Complaint.

74. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 74 of the Complaint.

75. Deny the allegations contained in Paragraph 75 of the Complaint.

76. The allegations contained in Paragraph 76 of the Complaint contain a request for relief to which no response is required. Further, the allegations contained in Paragraph 76 contain legal conclusions to which no response is required. To the extent a response is required Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations.

77. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 77 of the Complaint.

## WHEREFORE PARAGRAPH

Defendant denies that Plaintiff is entitled to any of the relief sought in the Complaint, including, but not limited to, any relief sought in Paragraphs (a) through (d) of the Wherefore Paragraph of the Complaint.

## GENERAL DENIAL

Unless specifically admitted herein, Defendant denies each and every allegation in the Complaint and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof where such burden properly rests with Plaintiff and without waiving, and hereby expressly reserving, the right to assert any and all such defenses at such time and to such extent as discovery and factual or legal developments may establish a basis therefore, Defendant hereby asserts, as and for separate and additional defenses to the Complaint:

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a legally cognizable claim or cause of action upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff lacks standing to foreclose or enforce the Loan Documents.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by waiver, estoppel, ratification, and/or laches.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by unclean hands.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff breached the Loan Documents.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff failed to satisfy conditions precedent.

### SEVENTH AFFIRMATIVE DEFENSE

Any alleged default was caused by Plaintiff.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to mitigate its alleged damages.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by impossibility, impracticability, and/or frustration of purpose.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because of mutual mistake and/or unilateral mistake based on fraud.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the statute of limitations.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the statute of frauds.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's recourse allegations under the Guaranty are barred.

### FOURTEENTH AFFIRMATIVE DEFENSE

To the extent Plaintiff has suffered any damages, which damages are denied, any such damages were caused by Plaintiff's own conduct, actions, omissions, or failures.

### FIFTEENTH AFFIRMATIVE DEFENSE

Attorneys' fees are barred or limited.

### SIXTEENTH AFFIRMATIVE DEFENSE

Amounts claimed due are invalid, inaccurate, or unenforceable.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff failed to act in good faith and fair dealing.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff failed to act in a commercially reasonable manner regarding collateral.

### NINETEENTH AFFIRMATIVE DEFENSE

Any default was cured, waived, or excused.

### TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff's claim for a deficiency judgment is barred.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by adhesion, unconscionability, lack of privity, lack of consideration, and/or lack of subject matter or personal jurisdiction (including failure to serve process).

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Defendants hereby give notice that they intend to rely upon any other and additional defense that is now or may become available or appear during, or as a result of, the discovery proceedings in this action, and reserve the right to amend their Answer to assert such a defense.

## RESERVATION OF RIGHTS

Defendant reserves the right to amend this Answer to assert any additional affirmative defenses that may become apparent through discovery or otherwise.

Dated: New York, New York
February 3, 2026

SCHWARTZ SLADKUS REICH
GREENBERG ATLAS LLP
*Attorneys for Defendants*

By: *Ethan A. Kobre*
Ethan A. Kobre
*Attorneys for Defendants*
444 Madison Avenue
New York, New York 10022
Tel.: (212) 743-7000
Fax: (212) 743-7001
Email: ekobre@ssrga.com