

11 Grand Central East
New York, New York 10017
212.867.6000
Fax 212.551.8484
www.rosenbergestis.com

Christopher A. Gorman
+1 (212) 551-1253
cgorman@rosenbergestis.com

February 4, 2026

**VIA ECF**

Honorable Joseph A. Marutollo
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, New York 11201

      Re:  *Delaware Trust Company, as Trustee for the PT ATL SPV Grantor Trust v. FC 2501 LLC, et al.*,
Docket No. 1:25-cv-06823 (the "Action")
Joint Status Report on Plaintiff's Application for the Appointment of a Receiver

Dear Judge Marutollo:

      This law firm is counsel to plaintiff, Delaware Trust Company, as Trustee for the PT ATL SPV Grantor Trust ("Plaintiff"), in the above-referenced Action. The parties respectfully submit the enclosed Proposed Order Appointing Receiver, which resolves Plaintiff's application for the appointment of a temporary receiver of the subject property on consent of counsel for the defendants, FC 2501 LLC, MIZ3 LLC, FC 1191 LLC, and Jason Wisotsky. We thank the Court for its continued attention to this matter.

      Respectfully submitted,

      */s/ Christopher A. Gorman*

      Christopher A. Gorman

Cc: Counsel of record (*via ECF*)

Encl.