

ROSENBERG & ESTIS, P.C.
ATTORNEYS AT LAW

11 Grand Central East
New York, New York 10017
212.867.6000
Fax 212.551.8484
www.rosenbergestis.com

Christopher A. Gorman
+1 (212) 551-1253
cgorman@rosenbergestis.com

April 24, 2026

**VIA ECF**

Honorable Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, New York 11201

> Re: *Delaware Trust Company, as Trustee for the PT ATL SPV Grantor Trust v. FC 2501 LLC, et al.*,
> Docket No. 1:25-cv-06823 (the "Action")
> <u>Letter to Court Regarding Status of Parties' Settlement Efforts</u>

Dear Judge Marutollo:

This law firm is counsel to plaintiff, Delaware Trust Company, as Trustee for the PT ATL SPV Grantor Trust ("Plaintiff"), in the above-referenced Action. On April 22, 2026, the Court issued an Order directing the parties to "file a stipulation of dismissal by April 23, 2026." The parties are unable to comply with this directive because, though Plaintiff has circulated draft loan modification documents to the defendants in an attempt to resolve the litigation, there is no final agreement between the parties. Accordingly, Plaintiff is continuing to proceed with its contractual rights and remedies and is not in a position to file a stipulation of dismissal at this time. Of course, Plaintiff will immediately notify the Court of any further developments pertaining to the potential resolution of this Action. We thank the Court for its continued attention to this matter.

Respectfully submitted,

Christopher A. Gorman

Cc: Counsel of record via ECF